**IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR JACKSON COUNTY, FLORIDA**

**THE BAPTIST COLLEGE OF FLORIDA, INC.,**

Plaintiff,

v.                                                                                    **CASE NO.:**

**CHURCH MUTUAL INSURANCE COMPANY,
S.I.,**

Defendant.

_____/

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
TO CONFIRM APPRAISAL AWARD, ENTER JUDGMENT,
AND AWARD ATTORNEY FEES**

Plaintiff, The Baptist College of Florida, Inc. ("Baptist College"), sues Defendant, Church Mutual Insurance Company, S.I. ("Church Mutual") and alleges:

**JURISDICTION AND VENUE**

1.      This is an action for breach of contract, pursuant to an insurance policy, with damages exceeding thirty thousand dollars ($30,000.00), exclusive of interest, costs, and attorneys' fees.  This Court has jurisdiction pursuant to section 26.012, Florida Statutes (2018).

2.      This is an action for bad faith, pursuant to section 624.155, Florida Statutes (2018), with damages exceeding thirty thousand dollars ($30,000.00), exclusive of interest, costs, and attorneys' fees.  This Court has jurisdiction pursuant to section 26.012, Florida Statutes (2018).

3.      Venue is proper in Jackson County, Florida because Baptist College is located in Graceville, Florida and the property at the heart of this dispute is located in Graceville and Marianna, Florida.

**PROPERTY AND PARTIES**

4.     Baptist College is a Florida not for profit corporation.  The principal address for Baptist College is 5400 College Drive, Graceville, Florida 32440.  The property at the heart of the underlying breach of contract is in Graceville and Marianna, Florida.

5.     Church Mutual is a foreign for-profit insurance company, whose principal address is 3000 Schuster Lane, Merrill, Wisconsin 54452-3172.

**FACTUAL ALLEGATIONS**

6.     Church Mutual issued Insurance Policy No. 0075558-02-040182 to Baptist College for the Policy Period October 15, 2017, through October 15, 2018.  **Exhibit A.**

7.     Policy No. 0075558-02-040182 was in effect at all times relevant to this lawsuit.

8.     Hurricane Michael substantially damaged ninety-plus buildings on Baptist College's Graceville and Marianna campuses on or about October 10, 2018.

9.     Baptist College immediately reported the damage to Church Mutual.

10.    Baptist College timely provided all proofs of loss as requested by Church Mutual.

11.    Baptist College timely provided all documentation as requested by Church Mutual.

12.    Baptist College allowed all inspections requested by Church Mutual.

13.    Church Mutual sent adjusters over a period of more than two years who provided varying significantly low estimates:

|  | Graceville | Marianna |
|---|---|---|
| 1/8/2019 | $   788,033.54 | $1,061,970.21 |
| 7/11/2019 |  | $1,142,177.16 |
| 10/24/2019 | $1,687,065.45 |  |

3/31/2021                 $1,182,126.23

5/5/2021       $1,870,040.60.

14.      During a March 19, 2021, meeting with Church Mutual's adjuster he informed Baptist College that Church Mutual would not increase the scope of damage; but he did increase the pricing for the Graceville damage to $1,972,131.33.

15.      Because Church Mutual would not appropriately increase its scope of damage, on March 29, 2021, Baptist College filed and served a Civil Remedy Notice of Insurer Violation ("CRN"). **Exhibit B.**

16.      Rather than file its response with the Florida Department of Financial Services, as it is obligated to do, on May 27, 2021, Church Mutual filed a note that said, "Church Mutual Insurance Company has responded to this Civil Remedy Notice in a May 27, 2021 letter sent directly to Attorney Didier." **Exhibit C.**

17.      The improper letter response made false accusations and refused to acknowledge the extent of damage.

18.      Church Mutual did not corrected the bad faith as more specifically alleged in the CRN, which included violations of sections:

-      624.155(1)(b)(1) when it inspected the property on at least three occasions over a period of more than two years and had sufficient information to admit a proper scope of work and could have settled the claim for $9,923,124.38, plus costs of $63,452.10, if it had acted fairly and honestly toward Baptist College and with due regard for its interests.

-      626.9541(1)(i)(3)(c) when it failed to produce after repeated requests an explanation as to how the depreciation was calculated.

- 626.9541(1)(i)(3)(d) when it refused to conduct reasonable investigations to understand the extent of the loss and ignored Baptist College's contractor's and the contractor's engineer's explanation of the damages and instead provided substantially low estimates.

- 626.9541(1)(i)(3)(f) when it failed to provide a reasonable explanation in writing for such low adjustment offers.

- 626.9541(1)(i)(3)(g) when it failed to notify Baptist College of additional information Church Mutual required to evaluate the Proof of Loss provided by Baptist College.

19. When Church Mutual failed to correct its bad faith by paying the amount demanded in the CRN—$7,496,231.72 for the Graceville Campus and the $2,426,892.66 for the Marianna campus, less the depreciation, deductible and amount already paid—Baptist College was forced to hire an appraiser.

20. The last Proofs of Loss signed by Baptist College on November 30, 2020, before demanding appraisal sought Actual Cash Value damages of $8,139,511.72 for the Graceville Campus and $2,619,332.66 for the Marianna Campus (both amounts prior to deductibles and prior payments).

21. On June 1, 2021, Baptist College demanded an appraisal and named its appraiser.

22. On June 20, 2021, Church Mutual named its appraiser.

23. On April 15, 2022, the Umpire and one Appraiser found the Hurricane Michael damages to be as follows **(Exhibit D)**:

|  | Graceville | Marianna |
|---|---|---|
| RCV | $14,019,291.63 | $3,691,608.29 |

| | | |
|---|---|---|
| ACV | $13,342,621.28 | $3,167,978.54 |
| Ordinance & Law. | $    541,521.22 | $   244,125.20 |

24.     On May 5, 2022, Church Mutual served a Motion to Modify and Correct Appraisal Award (the "Motion").

25.     The Motion alleged that the umpire utilized an incorrect Xactimate price list for March 2022, instead of the price list in effect on the date of loss.

26.     The Motion also made improper allegations relating to the scope and amount of damage.

27.     On May 11, 2022, Baptist College responded to Church Mutual's Motion acknowledging that an incorrect price list was used; and it explained why Church Mutual has no right to dispute the scope and amount of damage found in the appraisal award.

28.     On May 24, 2022, an amended appraisal award using the correct Xactimate price list was issued finding the following damages (**Exhibit E**):

| | Graceville | Marianna |
|---|---|---|
| RCV | $10,992,039.42 | $2,959,456.06 |
| ACV | $10,414,630.84 | $2,531,276.77 |
| Ordinance & Law. | $    337,221.18 | $   197,545.51 |

29.     All conditions precedent to bringing this action have been satisfied.

**COUNT I**
**BREACH OF CONTRACT**

30.     Baptist College realleges paragraphs 1-29.

31.     The Church Mutual policy provides in part:

C.  LOSS CONDITIONS

5

2. Appraisal.

   If we and your disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire.  *** The appraisers will state separately the value of the property and amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.

4. Loss Payment.

   g.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

   (2)  An appraisal award has been made.

32.     Proofs of Loss were provided prior to appraisal.

33.     An appraisal award was entered on May 24, 2022, in the ACV amount of $10,414,630.84 for the Graceville Campus and $2,531,276.77 for the Marianna Campus, a total of $12,945,907.61.

34.     Prior to the appraisal process, Church Mutual paid $1,954,196.03 in damages.

35.     After the initial appraisal award, Church Mutual paid an additional $1,133,020.11 in damages, a combined total payment of $3,087,216.14, which is more than $9,000,000.00 less than the amount due based on the May 24, 2022, ACV appraisal award.

36.     Church Mutual has not paid any amount after the appraisal award entered on May 24, 2022, which payment was due no later than June 23, 2022.

37.     Baptist College has suffered damages in the amount of the appraisal award, less deductibles and prior payments.

38.     As a result of Church Mutual's breach of contract, Baptist College has been forced to hire counsel to secure benefits due under its policy with Church Mutual.  Baptist

College is entitled to attorneys' fees pursuant to section 627.428 or section 626.9373, Florida Statutes (2018).

WHEREFORE, Baptist College seeks a judgment in its favor and against Church Mutual for breach of contract and confirmation of the May 24, 2022, appraisal award, as well as attorneys' fees, costs, and interest, and such other relief as this Court deems just.

<div align="center">

**COUNT II**
**BAD FAITH**

</div>

1.      Baptist College realleges paragraphs 1-28.

2.      An appraisal award is tantamount to a favorable resolution, which is necessary to proceed with a bad faith action.

3.      Church Mutual has no defense which would defeat coverage.

4.      The safe harbor period for the Civil Remedy Notice filed on March 29, 2021, expired on May 28, 2021.

5.      Church Mutual has not corrected its bad faith.

6.      After Church Mutual failed to pay pursuant to the May 24, 2022, appraisal award, on July 7, 2022, Baptist College filed a second Civil Remedy Notice based on Church Mutual's failure to comply with the appraisal award.

7.      The safe harbor period for the second Civil Remedy Notice will expire on September 5, 2022.

8.      Baptist College has suffered damages flowing directly from Church Mutual's bad faith as alleged in the Civil Remedy Notices including, but not limited to, interest on the unpaid damage payments and significant increases in construction costs due to Church Mutual's failure to provide sufficient funding to make repairs (as evidenced by the Price List increase between the 4/15/2022 appraisal award and the 5/24/2022 appraisal award). Baptist College has also

incurred damages as a result of the costs incurred in the appraisal process, including the retention of an appraiser and the associated expense of that appraiser and the umpire.

9.      Baptist College was forced by Church Mutual's delay and bad-faith handling of the claim to retain an attorney to bring this action and Baptist College is therefore entitled to attorneys' fees to be paid by Church Mutual pursuant to section 624.155(4), Florida Statutes (2018).

WHEREEFORE, Baptist College seeks a judgment in its favor awarding it bad faith damages against Church Mutual, as well as attorneys' fees, costs, and interest, and such other relief as this Court deems just.

PLAINTIFFS DEMAND A TRIAL BY JURY OF ALL ISSUES SO TRIABLE.

DATED: July 14, 2022.

<div style="margin-left: 40%;">

*/s/ Terrie L. Didier, Esq.*
**J. NIXON DANIEL, III**
Florida Bar No.:  228761
Email: jnd@beggslane.com
**TERRIE L. DIDIER**
Florida Bar No.: 0989975
Email: tld@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street (32502)
P.O. Box 12950
Pensacola, FL  32591-2950
Telephone: (850) 432-2451
Facsimile: (850) 469-3331

*Attorneys for Plaintiffs*

</div>

BAPTIST COLLEGE OF FLORIDA (THE)
5400 COLLEGE DR
GRACEVILLE FL 32440-1831



07-102
YOUR REPRESENTATIVE:
TERRITORY 07-102
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642



| Other Named Insured's Signature: | | Date: |
|---|---|---|
| Other Named Insured's Signature: | | Date: |

Copyright, Church Mutual Insurance Company, 2013
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2007

EXHIBIT A

# Emergency Contact Cards

## Learning from recent tragedies.

Keeping insurance claims contact information only in an office drawer or file can hamper your ability to report a claim promptly — especially if your facility is destroyed or your office area is damaged.

## Carry your card with you.

Simply remove the Emergency Contact Cards below along the perforated borders. Ask two trusted officials to put a card in their wallet. Now, someone always knows exactly how to contact us should you suffer a loss.

Some tragedies cannot be prevented, and we'll be there to help when they occur. But many tragedies can be prevented. Church Mutual offers a wide array of risk management brochures, posters and videos covering a variety of safety topics. Go to our website, www.churchmutual.com, and click on "Safety Resources" to review and order them. All are free of charge to Church Mutual customers.

---



**Church Mutual** INSURANCE COMPANY

**EMERGENCY CONTACT INFORMATION**

### To report or check status of a claim:

Toll-free claims telephone:
**(800) 554-2642**
**(press "2" when prompted)**
Claims fax: (715) 539-4651

Church Mutual Insurance Co.
3000 Schuster Lane
P.O. Box 342
Merrill, WI 54452-0342
www.churchmutual.com



**Church Mutual** INSURANCE COMPANY

**EMERGENCY CONTACT INFORMATION**

### To report or check status of a claim:

Toll-free claims telephone:
**(800) 554-2642**
**(press "2" when prompted)**
Claims fax: (715) 539-4651

Church Mutual Insurance Co.
3000 Schuster Lane
P.O. Box 342
Merrill, WI 54452-0342
www.churchmutual.com

Your customer information is printed on the back of the cards.

Account No.: **0075558**
**BAPTIST COLLEGE OF FLORIDA**
**(THE)**
**GRACEVILLE, FL**

Account No.: **0075558**
**BAPTIST COLLEGE OF FLORIDA**
**(THE)**
**GRACEVILLE, FL**

# Church Mutual Insurance Company
## Privacy Practices Disclosure Notice

### Our Company Policy

We do not disclose any nonpublic personal information about our individual policyholders or claimants to any affiliate or any nonaffiliated third party other than those permitted by law and only for the purpose of transacting the business of your insurance coverage or your claim. **We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.**

Some states have enacted legislation that regulates the use of nonpublic information maintained by financial service institutions and insurance carriers on their customers who are insured with them. In the interest of providing you with an affirmation of our commitment to maintaining the privacy of customer and claimant information, we have prepared the following Privacy Practices Disclosure Notice. Please take time to review the information, as it is relevant to our business partnership with you.

This Privacy Practices Disclosure Notice outlines the privacy practices of Church Mutual Insurance Company listed below:

This Privacy Practices Disclosure Notice will notify you of:

1.  The categories of nonpublic, personal, identifiable information (not corporate information) that Church Mutual collects from you or from a third party about you or about participants, beneficiaries or claimants under your insurance coverage;

2.  How Church Mutual uses the information;

3.  The categories of affiliates and nonaffiliate third parties with whom Church Mutual shares the information, as permitted by law; and

4.  The kind of security policies and procedures that are in place to protect the confidentiality and security of nonpublic personal information provided to Church Mutual.

If you have questions or concerns regarding this Privacy Practices Disclosure Notice, you should contact Church Mutual by sending an email to swoller@churchmutual.com or by writing to us at:

Sandra M. Woller
Assistant Vice President - Chief Compliance Officer
Church Mutual Insurance Company
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

### 1. PERSONALLY IDENTIFIABLE INFORMATION COLLECTED

Church Mutual wants you to conduct business with us knowing that we protect personal information Church Mutual collects personally identifiable information from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage as a part of the insurance application, underwriting, claims, administration and servicing process.

We collect nonpublic personal information from the following sources:

*   Information we receive on applications or other forms and which may include policyholder, participant, beneficiary or claimant name, address, telephone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims and insurance coverage information;

- Information about transactions with us, our affiliates or others, including information about previous claims or accidents, medical information related to claims, information about the circumstances of your accident or injury (if applicable) and the names of witnesses and other contact information; and

- Information we receive from consumer reporting agencies, state motor vehicle departments and inspection services.

## 2. HOW THE INFORMATION IS USED

The information Church Mutual collects is used to provide policy and premium quotes, process underwriting applications, administer claims and answer questions or concerns about our insurance products and services. We also use the information for account administration; reporting, investigating, or preventing fraud or material misrepresentation; processing premium billing payments; processing and defending insurance claims; administering insurance benefits (including utilization review activities); and as otherwise required or permitted by federal or state law.

Church Mutual maintains paper copies or electronic archives of the information provided by you or by a third party for policy quoting for processing and administering your application or claims made under your policy and for improving our products and services. This information is kept internal to Church Mutual, except when needed to verify the information provided, to service your policy or claim as required or permitted by law. The information is not available to the general public. Church Mutual retains the information collected when a claim is filed under your policy for as long as required by law or regulation or as long as the claim is open and thereafter for a period set by the appropriate underwriting or claims records retention policies of Church Mutual.

## 3. SHARING INFORMATION GATHERED

We do not disclose nonpublic personal information about you or about participants, beneficiaries or claimants under your insurance policy to anyone, except as permitted by law. We may share information about you or about participants, beneficiaries or claimants under your policy in the normal business of conducting insurance operations, such as providing you with an insurance quote or processing, servicing and administering your insurance policy and your claims.

Even without your authorization, once you become a Church Mutual customer or claimant, we are permitted by law to share information about you to entities, such as:

- A third party if it is reasonably necessary to enable the party to perform services for us, such as claims investigations, appraisals or the detection of fraud or material misrepresentations;

- Any of our affiliated companies who provide services to you;

- Insurance regulatory authorities, reporting agencies or, if applicable, involuntary market administrators;

- State motor vehicle department to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to protect our interest or to report illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements; and

- As otherwise permitted or required by law.

FM: GR01 (5-2017)

We also are permitted by law to disclose the following information to companies that perform marketing services on our behalf or with whom we have joint marketing agreements, including:

- Information we receive on applications or other forms, such as policyholder or claimant name, address, social security number, insurance coverages, vehicle and driver information and certain claims information;

- Information about transactions with us, our affiliates or others, such as insurance coverages, vehicle and driver information and claims information; and

- Information we receive from third parties, such as a consumer reporting agency, state motor vehicle records or claims history.

We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.

## 4. SECURITY POLICIES AND PROCEDURES

We restrict access to nonpublic personal information about you or about participants, beneficiaries and claimants under your insurance policy to those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

Church Mutual also uses a wide variety of data protection procedures and computer hardware and software tools to guard system and data privacy and integrity. Church Mutual's computer systems also are protected by additional measures, such as encrypted data transmissions, network routers and firewalls intended to prevent unauthorized access.

## 5. ACCESS AND CORRECT YOUR PERSONAL INFORMATION

You may request access to certain information about you that we have in our records. To request access, please send us a written request. Be sure to reasonably describe the information you want. If you believe that your information is incomplete or inaccurate, you may request that we make changes. Please send any of the requests listed above in writing to:

Chief Compliance Officer
Church Mutual Insurance Company
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

If you request corrections, additions or deletions, we will either make the changes that you request or notify you why we will not do so. If we decline your request, in some states you may have the right to file a concise statement with us about the dispute.

The rights in this section do not apply in certain cases, such as information related to litigation.

## 6. MODIFICATIONS TO OUR PRIVACY POLICY

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information about you with nonaffiliated third parties. Before we do that, we will provide you with a revised Privacy Practices Disclosure Notice and give you the opportunity to opt out of that type of information sharing.

FM: GR01 (5-2017)

## FLORIDA – SINKHOLE LOSS EXCLUSION
## ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this notice nor can it be construed to replace any provision of your policy.

> YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverage you have purchased. For each building not having sinkhole coverage, the phrase "SINKHOLE EXCLUDED" will be shown. If there is any conflict between the policy and this Advisory Notice to Policyholders, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.**

**YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc. 2007.



October 3, 2017

THE BAPTIST COLLEGE OF FLORIDA
5434 COLLEGE DR
GRACEVILLE, FL 32440-1847

Dear Policyholder:

Thank you for renewing your insurance policy with Church Mutual Insurance Company. You are a valued customer and we will work hard to continue to earn the right of providing you insurance protection.

Enclosed is your insurance policy along with any supporting documents. Please read the documents thoroughly.

If you have any questions regarding your policy or the coverages, please call your Church Mutual Regional Representative or Customer Service Representative at 1-800-554-2642. Select Option 1 when prompted.

You may use the same phone number if you need to report a claim (Option 2) or if you have a question about your billing statement (Option 3).

I urge you to report your claims promptly, preferably within one day, if not immediately. This is especially important for claims that involve water damage or bodily injury, where time is of the essence in preventing mold and in getting proper care for the injured person. Prompt claims reporting also helps reduce the dollar amount of a claim and, ultimately, helps keep down the cost of insurance.

Church Mutual is the leading insurer of religious institutions in the United States and we strive to provide all of our customers outstanding personal service, comprehensive coverages and fast and fair claims handling.

We also are a stable company. Church Mutual has received consistently high ratings from industry analyst A.M. Best every year since 1952.

Once again, thank you for trusting Church Mutual to provide insurance protection for your organization.

Sincerely,

Richard V. Poirier
President

Enclosure

3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452-0357   715.536.5577  800.554.2642  fax 715.539.4650   www.churchmutual.com

National Customer Service Center: P.O. Box 305, Merrill, WI 54452-0305  800.554.2642  toll-free fax: 855.264.2329
Claims: P.O. Box 342, Merrill, WI 54452-0342  800.554.2642  fax 715.539.4651

PH-2

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

### COINSURANCE CLAUSE

COINSURANCE CONTRACT: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT- OF- POCKET EXPENSES TO YOU
# THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU

**POLICY NO.:** 0075558-02-040182

**ITEM 1. NAMED INSURED AND ADDRESS:**
THE BAPTIST COLLEGE OF FLORIDA
5434 COLLEGE DR
GRACEVILLE FL 32440-1847

**ITEM 2. POLICY PERIOD:** FROM 10/15/17 TO 10/15/18          0075558-02-928896
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE          (RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** RELIGIOUS INSTITUTION

**ITEM 4. AGENT:** 07-102
TERRITORY 07-102
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**
A 050(01-98)          MUTUAL AND COMMON POLICY CONDITIONS
UN 720(01-15)          NOTICE - DISCLOSURE OF TERRORISM PREMIUM

**PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 100(01-01)          PROPERTY CONDITIONS
A 1001(01-08)          IDENTITY RECOVERY COVERAGE FORM
A 1009(11-08)          WATER EXCLUSION ENDORSEMENT
A 101(04-06)          BUILDING AND PERSONAL PROPERTY COVERAGE - RELIGIOUS

**Church Mutual**
INSURANCE COMPANY

A 105(01-01)    BUILDERS' RISK COVERAGE FORM
A 106(01-01)    BUSINESS INCOME COVERAGE (INCLUDING EXTRA EXPENSE)
A 115(06-87)    REFRIGERATED FOOD PRODUCTS
A 117.1(05-89)  COVERAGE EXTENSIONS AND ADDITIONAL COVERAGES
A 127(04-06)    CAUSES OF LOSS - SPECIAL FORM
A 134(06-87)    GLASS LIMITATION - SPECIAL CAUSES OF LOSS
A 136(01-98)    PROTECTIVE SAFEGUARDS
A 141(06-87)    ADDITIONAL PROPERTY NOT COVERED
A 149(06-87)    DEDUCTIBLE - TWO OR MORE COVERAGE FORMS
A 154(10-99)    SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM
A 181(04-15)    FLORIDA CHANGES
A 181.3(10-15)  FLORIDA CHANGES - MEDIATION OR APPRAISAL(COMM RES PROP)
A 186 FL(02-06)  WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE
A 186.1(05-15)  FLORIDA HURRICANE PERCENTAGE DEDUCTIBLE-EACH HURRICANE (RESID'L RISK)
A 918(12-15)    FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
A 918.2(04-15)  FLORIDA - SINKHOLE LOSS COVERAGE
A 945.2(01-15)  CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 052(06-87)    NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM
A 200(01-04)    GENERAL LIABILITY COVERAGE PART - OCCURRENCE BASIS
A 200.1(12-06)  AMENDATORY ENDORSEMENT - PERSONAL INJURY
A 200.2 FL(07-16) BODILY INJURY DEFINITION
A 2012 FL(07-16) CORPORATE ENTITY ENDORSEMENT
A 2013 FL(07-16) MEDICAL EXPENSE AMENDMENT
A 202(01-04)    GENERAL LIABILITY ADDITIONAL PROVISIONS - RELIGIOUS
A 208(01-04)    COLLEGES OR SCHOOLS
A 210(01-04)    CAMPS
A 212(06-87)    PRODUCTS - COMPLETED OPERATIONS HAZARD REDEFINED
A 221(01-98)    MANAGERS OR LESSORS OF PREMISES
A 226(01-04)    ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES
A 229(06-87)    EXCLUSION - MEDICAL EXPENSE - SCHEDULE EXCLUDED LOC
A 229.1(05-89)  EXCLUSION - MEDICAL EXPENSE COVERAGE - SPECIFIC ACTIVITY OR EVENT
A 234(01-98)    EXCLUSION - EXPLOSION, COLLAPSE AND UNDERGROUND PROPERTY
A 242(01-04)    EXCLUDED OPERATIONS
A 248(06-87)    EXCLUSION-BROADCASTING, TELECASTING OR PUBLISHING
A 251(09-94)    EXCLUSION - LEAD LIABILITY
A 253(01-04)    LEGAL DEFENSE COVERAGE
A 254 FL(07-16)  AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE
A 255(01-04)    CATASTROPHIC VIOLENCE RESPONSE COVERAGE
A 262(01-04)    SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIAB AND MED
A 268(05-03)    WAR LIABILITY EXCLUSION
A 918.1(05-15)  FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
A 945.3(01-15)  CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 300(06-87)    CRIME CONDITIONS FORM
A 306(06-87)    THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM
A 309(06-87)    BLANKET BOND COVERAGE FORM
A 383(05-94)    FLORIDA CHANGES
A 918(12-15)    FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

POLICY NO.: 0075558-02-040182

**INLAND MARINE COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 400(06-87)      INLAND MARINE CONDITIONS
A 401(06-87)      SPECIAL SCHEDULED PROPERTY COVERAGE FORM
A 402(06-87)      MAINTENANCE AND MOBILE EQUIPMENT COVERAGE FORM
A 404(06-87)      REPLACEMENT COST
A 483(04-15)      FLORIDA CHANGES
A 918(12-15)      FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
A 945.2(01-15)   CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 500(01-91)      COUNSELING PROFESSIONAL LIABILITY COVERAGE - OCCURRENCE
A 501.7(08-16)   EXCLUSION - FINANCIAL COUNSELING
A 505(12-04)      DIRECTORS, OFFICERS & TRUSTEES LIAB - CLAIMS MADE
A 515 FL(11-16)  EXCLUSION - COUNSELING PERSON(S), POSITION(S), OR ORGANIZATION(S)
A 520(01-04)      EMPLOYMENT PRACTICES LIABILITY COVERAGE
A 528(10-03)      EDUCATORS LIABILITY ENDORSEMENT
A 529(12-04)      EMPLOYMENT PRACTICES LIABILITY COVERAGE AMENDMENT
A 530(12-06)      AFFILIATED ENTITY DISPUTE LEGAL DEFENSE COVERAGE
A 555(05-15)      FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
A 945.3(01-15)   CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
DOT 913-FL(02-07) APPLICATION FOR DIRECTORS, OFFICERS & TRUSTEES LIAB
EL 900-FL(03-04) SUPPLEMENTAL APPLICATION FOR EDUCATORS LIABILITY
EPL 914-FL(02-07) APPLICATION FOR EMPLOYMENT PRACTICES LIABILITY

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**
A 600(01-04)      HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTION
A 602(06-00)      MEDICAL EXPENSE COVERAGE
A 602.1 FL(07-16) HIRED AND NONOWNED AUTOMOBILE MEDICAL EXPENSE AMENDMENT
A 605(01-03)      RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT
A 683(01-06)      FLORIDA CHANGES
A 683.1(07-06)   HIRED/NONOWNED AUTO UNINSURED MOTORISTS COV-FLORIDA
A 918.1(05-15)   FLORIDA CHANGES - CANCELLATION AND NONRENEWAL
A 945.3(01-15)   CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$181,358.00        DUE AT INCEPTION.

** SUMMARY OF ADDITIONAL CHARGES (INCLUDED IN ANNUAL PREMIUM) **

STATE SURCHARGE                    $     4.00 ANNUAL CHARGE
TERRORISM RISK INSURANCE:   $  830.00 ANNUAL CHARGE


This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1995
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994



# PROPERTY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0075558-02-040182

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

| BLANKET DETAILS: | BLANKET NO. | DESCRIPTION | LIMIT OF INSURANCE |
|---|---|---|---|
| | 1 | BUILDING & PERSONAL PROPERTY | $ 34,049,970 |

BLANKET LIMIT OF INSURANCE IS PER SCHEDULE IN COMPANY FILE.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AGREED VALUE LIMIT OF INSURANCE IS THE BLANKET LIMIT SHOWN FOR ALL BUILDINGS AND
PERSONAL PROPERTY INCLUDED IN THE BLANKET.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001        BUILDING NO:   001
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:       GRACEVILLE HALL
LOCATION:        5434 COLLEGE DR
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE



COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $28,280
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

REFRIGERATED FOOD PRODUCTS ENDORSEMENT.     LIMIT OF INSURANCE: $2,000

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   002
CONSTRUCTION:   MASONRY NON-COMBUSTIBLE
OCCUPANCY:      IDA J MCMILLAN LIBRARY
LOCATION:       5438 COLLEGE DR
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

POLICY NO.: 0075558-02-040182

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:    001      BUILDING NO:  003
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:     ED SOLOMON HALL
LOCATION:       5430 COLLEGE DR
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:    001      BUILDING NO:  004
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:     RG LEE CHAPEL
LOCATION:       5424 COLLEGE DR
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL



COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                 FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                   FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                 FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001         BUILDING NO:   005
OCCUPANCY:      LIGHT POLES
LOCATION:        5400 COLLEGE DR
COUNTY:          JACKSON
CITY/STATE:       GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $66,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                 FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  006
CONSTRUCTION:  JOISTED MASONRY
OCCUPANCY:    BRACKIN - CHANDLER HALL
LOCATION:      5412 INSTITUTE PL
COUNTY:        JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $27,125
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                              FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  007
CONSTRUCTION:  JOISTED MASONRY
OCCUPANCY:    SOUTHWEST APTS (101-104) WEST WING
LOCATION:      5402 INSTITUTE PL
COUNTY:        JACKSON
CITY/STATE:     GRACEVILLE, FL



**POLICY NO.:** 0075558-02-040182


COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:  008
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      SOUTHWEST APTS (201-204) NORTH WING
LOCATION:       5464 INSTITUTE PL
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001        BUILDING NO:   009
CONSTRUCTION:     JOISTED MASONRY
OCCUPANCY:          SOUTHWEST APTS (301-304) EAST WING
LOCATION:             5440 INSTITUTE PL
COUNTY:                JACKSON
CITY/STATE:           GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE



COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

*************************************************************************

PREMISES NO:      001        BUILDING NO:   010
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:      FRANK FARRIS CENTER
LOCATION:       5423 INSTITUTE PL
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001      BUILDING NO:  011
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:    MCRAE MORROW CLASSROOM
LOCATION:    1121 SANDERS AVE
COUNTY:    JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
               AGREED VALUE

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
               AGREED VALUE

COVERAGE:  BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT:  50%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001      BUILDING NO:  012
CONSTRUCTION:    FRAME
OCCUPANCY:    EAST LAKE CENTER - DORM
LOCATION:    1164 12TH AVE
COUNTY:    JACKSON
CITY/STATE:    GRACEVILLE, FL



COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                            FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $13,125
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                            FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001            BUILDING NO:   013
CONSTRUCTION:   FRAME
OCCUPANCY:        STORAGE SHED
LOCATION:           1164 12TH AVE
COUNTY:             JACKSON
CITY/STATE:         GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $15,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                            FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                            FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO: 001 BUILDING NO: 015
CONSTRUCTION: FRAME
OCCUPANCY: RADIO STATION
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO: 001 BUILDING NO: 016
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 19 & 20
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE



COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001          BUILDING NO:   017
CONSTRUCTION:      FRAME
OCCUPANCY:         TWO FAMILY NON-OWNER OCCUPIED UNIT 21 & 22
LOCATION:          1157 SANDERS AVE
COUNTY:            JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:   BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001          BUILDING NO:   018
CONSTRUCTION:      FRAME
OCCUPANCY:         TWO FAMILY NON-OWNER OCCUPIED UNIT 26 & 27
LOCATION:          1157 SANDERS AVE
COUNTY:            JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:     001        BUILDING NO:  019
CONSTRUCTION:   FRAME
OCCUPANCY:      TWO FAMILY NON-OWNER OCCUPIED UNIT 29 & 30
LOCATION:       1157 SANDERS AVE
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO: 001 BUILDING NO: 020
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 31 & 32
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO: 001 BUILDING NO: 023
CONSTRUCTION: FRAME
OCCUPANCY: ONE FAMILY NON-OWNER OCCUPIED UNIT 10
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:   024
CONSTRUCTION:     FRAME
OCCUPANCY:         ONE FAMILY NON-OWNER OCCUPIED UNIT 15
LOCATION:            1157 SANDERS AVE
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:   025
CONSTRUCTION:     FRAME
OCCUPANCY:         ONE FAMILY NON-OWNER OCCUPIED UNIT 16
LOCATION:            1157 SANDERS AVE
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL



POLICY NO.: 0075558-02-040182


COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

*************************************************************************

PREMISES NO:      001        BUILDING NO:   026
CONSTRUCTION:   FRAME
OCCUPANCY:      ONE FAMILY NON-OWNER OCCUPIED UNIT 17
LOCATION:        1157 SANDERS AVE
COUNTY:          JACKSON
CITY/STATE:       GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001          BUILDING NO:   027
CONSTRUCTION:   FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED UNIT 23
LOCATION:          1157 SANDERS AVE
COUNTY:            JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                AGREED VALUE

COVERAGE:  BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT:  50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001          BUILDING NO:   028
CONSTRUCTION:   FRAME
OCCUPANCY:       TWO FAMILY NON-OWNER OCCUPIED UNIT 41 & 42
LOCATION:          1157 SANDERS AVE
COUNTY:            JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                AGREED VALUE



COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 029
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 43 & 44
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 030
CONSTRUCTION: JOISTED MASONRY
OCCUPANCY: PHYSICAL PLANT
LOCATION: 1181 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:     001          BUILDING NO:   031
CONSTRUCTION:    FRAME
OCCUPANCY:       BROWN HOUSE
LOCATION:        1130 SANDERS AVE
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE



Church
Mutual
INSURANCE COMPANY

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001        BUILDING NO:  032
CONSTRUCTION:    FRAME
OCCUPANCY:       EZELL STREET APARTMENTS (101-104)
LOCATION:        5405 EZELL ST
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001        BUILDING NO:  033
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:       CAMPUS LAUNDROMAT
LOCATION:        5454 INSTITUTE PL
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**************************************************************************

PREMISES NO: 001           BUILDING NO: 034
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 24
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

Church Mutual
INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:     001     BUILDING NO:  035
CONSTRUCTION:  FRAME
OCCUPANCY:    TWO FAMILY NON-OWNER OCCUPIED UNIT 25
LOCATION:      1157 SANDERS AVE
COUNTY:        JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:     001     BUILDING NO:  036
CONSTRUCTION:  FRAME
OCCUPANCY:    TWO FAMILY NON-OWNER OCCUPIED UNIT 33
LOCATION:      1157 SANDERS AVE
COUNTY:        JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 037
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 34
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 038
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 37
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

Church Mutual
INSURANCE COMPANY

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 039
CONSTRUCTION: FRAME
OCCUPANCY: TWO FAMILY NON-OWNER OCCUPIED UNIT 38
LOCATION: 1157 SANDERS AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:         001          BUILDING NO:  040
CONSTRUCTION:    FRAME
OCCUPANCY:         TWO FAMILY NON-OWNER OCCUPIED UNIT 39
LOCATION:            1157 SANDERS AVE
COUNTY:               JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                  AGREED VALUE

COVERAGE:  BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT:  50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:         001          BUILDING NO:  041
CONSTRUCTION:    FRAME
OCCUPANCY:         TWO FAMILY NON-OWNER OCCUPIED UNIT 40
LOCATION:            1157 SANDERS AVE
COUNTY:               JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                  AGREED VALUE



COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                              FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:   042
CONSTRUCTION:    FRAME
OCCUPANCY:         CLASSROOM
LOCATION:            5496 HERITAGE DR
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                              FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001       BUILDING NO:  043
CONSTRUCTION:  FRAME
OCCUPANCY:     BUTTS HOUSE
LOCATION:       5452 HERITAGE DR
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $51,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                             FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $35,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                             FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

COVERAGE:  BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                             FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001       BUILDING NO:  044
CONSTRUCTION:  FRAME
OCCUPANCY:     OLD SCHOOL HOUSE
LOCATION:       5460 HERITAGE DR
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL



COVERAGE: BUILDING
LIMIT OF INSURANCE: $24,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $35,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001          BUILDING NO:   045
CONSTRUCTION:   FRAME
OCCUPANCY:       GRACEVILLE CLUBHOUSE
LOCATION:          5487 HERITAGE DR
COUNTY:             JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE

POLICY NO.: 0075558-02-040182


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:   046
CONSTRUCTION:     MASONRY NON-COMBUSTIBLE
OCCUPANCY:        ASSEMBLY CENTER
LOCATION:         5419 INSTITUTE PL
COUNTY:           JACKSON
CITY/STATE:       GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

PROTECTIVE SAFEGUARDS ENDORSEMENT.
SYMBOL: P-1
DESCRIPTION OF SYSTEM: AUTOMATIC SPRINKLER

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  047
CONSTRUCTION:  JOISTED MASONRY
OCCUPANCY:    NAPIER HALL (801-824)
LOCATION:     5422 INSTITUTE PL
COUNTY:      JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
           AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
           AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  048
CONSTRUCTION:  FRAME
OCCUPANCY:    OGLE TREE HALL (DORM)
LOCATION:     1191 SANDERS AVE UNIT 3
COUNTY:      JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $12,250
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL
                         FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

PROTECTIVE SAFEGUARDS ENDORSEMENT.
SYMBOL: P-1
DESCRIPTION OF SYSTEM: AUTOMATIC SPRINKLER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001        BUILDING NO:   049
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:       LAKESIDE DORM (703-723)
LOCATION:        5443 INSTITUTE PL
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE



COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $41,125
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**********************************************************************

PREMISES NO:    001        BUILDING NO:  050
CONSTRUCTION:   FRAME
OCCUPANCY:      DRAUGHON CENTER
LOCATION:       1186 SANDERS AVE
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001         BUILDING NO:   051
CONSTRUCTION:      FRAME
OCCUPANCY:         ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:          1178 SHEPHERDS WAY
COUNTY:            JACKSON
CITY/STATE:        GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



POLICY NO.: 0075558-02-040182

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   052
CONSTRUCTION:    FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:        1180 SHEPHERDS WAY
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   053
CONSTRUCTION:    FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:        1182 SHEPHERDS WAY
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:  054
CONSTRUCTION:   FRAME
OCCUPANCY:      ONE FAMILY NON-OWNER OCCUPIED DWELLING
LOCATION:       1189 BUDD WAY
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE



COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   055
OCCUPANCY:        RADIO TOWER
LOCATION:         1159 SANDERS AVE
COUNTY:           JACKSON
CITY/STATE:       GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $241,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   056
CONSTRUCTION:     FRAME
OCCUPANCY:        JW AND JOYCE LEE HOUSE
LOCATION:         1150 SANDERS AVE
COUNTY:           JACKSON
CITY/STATE:       GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   057
CONSTRUCTION:    FRAME
OCCUPANCY:       CLASSROOM
LOCATION:        5476 HERITAGE DR
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                       FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  058
CONSTRUCTION:  FRAME
OCCUPANCY:  1 FAM NON-OWNER OCCUPIED DWELLING (CARLTON HOUSE)
LOCATION:  5504 HERITAGE DR
COUNTY:  JACKSON
CITY/STATE:  GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                     FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                 AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                     FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                 AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                     FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    001     BUILDING NO:  059
CONSTRUCTION:  FRAME
OCCUPANCY:  1 FAM NON-OWNER OCCUPIED DWELLING (WILLIAMS HOUSE)
LOCATION:  1180 SANDERS AVE
COUNTY:  JACKSON
CITY/STATE:  GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                          AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                          AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:     001          BUILDING NO:   060
CONSTRUCTION:   FRAME
OCCUPANCY:      STUDENT HOUSING DORM (THE POD)
LOCATION:        5462 INSTITUTE PL
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                               FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                          AGREED VALUE



COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:    AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $8,750
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:    001        BUILDING NO:    061
CONSTRUCTION:    FRAME
OCCUPANCY:       ADMINISTRATIVE OFFICE
LOCATION:        5400 COLLEGE DR
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:    AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:    AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

POLICY NO.: 0075558-02-040182


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**************************************************************************

PREMISES NO:      001       BUILDING NO:   062
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      LESSOR'S RISK
LOCATION:       5422 CLIFF ST
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

**************************************************************************

PREMISES NO:      001       BUILDING NO:   063
CONSTRUCTION:   FRAME
OCCUPANCY:      LESSOR'S RISK (MOBILE HOME-WIREGRASS CLINIC LLC)
LOCATION:       5556 BROWN ST
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

**Church Mutual**
INSURANCE COMPANY

POLICY NO.: 0075558-02-040182


COVERAGE: BUILDING
LIMIT OF INSURANCE: $67,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: ACTUAL CASH VALUE
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $6,000
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

*************************************************************************

PREMISES NO:      001        BUILDING NO:   064
CONSTRUCTION:   FRAME
OCCUPANCY:       ONE FAMILY NON-OWNER OCCUPIED UNIT #9
LOCATION:        1187 BUDD WAY
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:    SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001        BUILDING NO:   065
CONSTRUCTION:   FRAME
OCCUPANCY:      ONE FAMILY NON-OWNER OCCUPIED UNIT #10
LOCATION:       1185 BUDD WAY
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE:  $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      001        BUILDING NO:   066
CONSTRUCTION:   FRAME
OCCUPANCY:      CLASSROOM
LOCATION:       5464 HERITAGE DR
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

**Church Mutual**
INSURANCE COMPANY

COVERAGE: BUILDING
LIMIT OF INSURANCE: $241,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                       AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $37,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                       AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $9,420
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

************************************************************************

PREMISES NO:        001          BUILDING NO:  067
CONSTRUCTION:    FRAME
OCCUPANCY:         AMPHITHEATRE
LOCATION:            5423 INSTITUTE PL
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $29,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                       AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001     BUILDING NO:  068
CONSTRUCTION:  FRAME
OCCUPANCY:     CANE MILL
LOCATION:      5456 HERITAGE DR
COUNTY:        JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $11,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001     BUILDING NO:  069
CONSTRUCTION:  FRAME
OCCUPANCY:     COVERED EATING AREA
LOCATION:      5423 INSTITUTE PL
COUNTY:        JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $22,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                   AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001     BUILDING NO:  070
OCCUPANCY:     SIGN
LOCATION:      5400 COLLEGE DR
COUNTY:        JACKSON
CITY/STATE:    GRACEVILLE, FL



POLICY NO.: 0075558-02-040182

COVERAGE: BUILDING
LIMIT OF INSURANCE: $17,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001        BUILDING NO:   071
CONSTRUCTION:   FRAME
OCCUPANCY:      DANIEL PLAZA GAZEBO AND J NIXON PLAZA GAZEBO
LOCATION:       5400 COLLEGE DR
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $29,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001        BUILDING NO:   072
OCCUPANCY:      DOCK
LOCATION:       1186 SANDERS WAY
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $19,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:          001          BUILDING NO:   073
CONSTRUCTION:   FRAME
OCCUPANCY:          BULLOCK HOUSE (1 FAMILY NON OWNER OCC DWELLING)
LOCATION:          5423 COLLEGE DR
COUNTY:          JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $101,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                          AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $17,000
COINSURANCE PERCENT: 80%
COVERED CAUSE OF LOSS:   SPECIAL
                              FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                          AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $4,200
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                              FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:          001          BUILDING NO:   074
CONSTRUCTION:   FRAME
OCCUPANCY:          RESTROOM
LOCATION:          5473 HERITAGE DR
COUNTY:          JACKSON
CITY/STATE:          GRACEVILLE, FL



COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001         BUILDING NO:  075
CONSTRUCTION:    FRAME
OCCUPANCY:         CONRAD HOUSE
LOCATION:           1191 SANDERS AVE UNIT 1
COUNTY:             JACKSON
CITY/STATE:         GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $12,250
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001     BUILDING NO:  076
CONSTRUCTION:  FRAME
OCCUPANCY:     COURTYARD HOUSE
LOCATION:       1191 SANDERS AVE UNIT 2
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $12,250
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:     001     BUILDING NO:  077
CONSTRUCTION:  FRAME
OCCUPANCY:     TWO FAMILY NON-OWNER OCCUPIED TAYLOR DUPLEX
LOCATION:       5401 EZELL ST UNIT 105 & 106
COUNTY:         JACKSON
CITY/STATE:      GRACEVILLE, FL



Church Mutual
INSURANCE COMPANY

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE


COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE


COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $12,250
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED


OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001        BUILDING NO:   078
CONSTRUCTION:   FRAME
OCCUPANCY:      SMITH HALL (601-623)
LOCATION:       5433 INSTITUTE PL
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                  AGREED VALUE

COVERAGE: BUSINESS INCOME WITH EXTRA EXPENSE
LIMIT OF INSURANCE: $27,125
COINSURANCE PERCENT: 50%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      001          BUILDING NO:   079
CONSTRUCTION:   FRAME
OCCUPANCY:       MILL CENTER CLASSROOM AND OFFICE
LOCATION:        5412 COLLEGE DR
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                  AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                  AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT


Church Mutual
INSURANCE COMPANY

POLICY NO.: 0075558-02-040182

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:     001          BUILDING NO:  080
CONSTRUCTION:   FRAME
OCCUPANCY:      MUSIC DEPARTMENT (CLASSROOMS)
LOCATION:       5461 HERITAGE DR
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: ACTUAL CASH VALUE
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: ACTUAL CASH VALUE
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:     001          BUILDING NO:  081
CONSTRUCTION:   FRAME
OCCUPANCY:      POLE BARN
LOCATION:       5379 HERITAGE DR
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $52,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      001          BUILDING NO:  082
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:        STORM SHELTER 1
LOCATION:           4561 HERITAGE DR
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      001          BUILDING NO:  083
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:        STORM SHELTER 2
LOCATION:           5401 EZELL ST
COUNTY:              JACKSON
CITY/STATE:          GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1:  BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE



COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:  084
CONSTRUCTION:    NON-COMBUSTIBLE
OCCUPANCY:       STORM SHELTER 3
LOCATION:        1157 SANDERS AVE
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                      FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:        001          BUILDING NO:  085
CONSTRUCTION:    NON-COMBUSTIBLE
OCCUPANCY:       STORM SHELTER 4
LOCATION:        1181 SANDERS AVE
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       001        BUILDING NO:   086
CONSTRUCTION:   NON-COMBUSTIBLE
OCCUPANCY:      STORM SHELTER 5
LOCATION:       5410 INSTITUTE PL
COUNTY:         JACKSON
CITY/STATE:     GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:    005        BUILDING NO:  090
CONSTRUCTION:  FRAME
OCCUPANCY:     MAINTENANCE & STORAGE
LOCATION:      5379 HERITAGE DR
COUNTY:        JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:    006        BUILDING NO:  091
CONSTRUCTION:  NON-COMBUSTIBLE
OCCUPANCY:     CAFETERIA (DEESE CENTER)
LOCATION:      1129 SANDERS AVE
COUNTY:        JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $1,466,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $220,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       007          BUILDING NO:   092
CONSTRUCTION:   FRAME
OCCUPANCY:       ONE FAMILY NON OWNER OCCUPIED DWELLING
LOCATION:        1105 12TH AVE
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       009          BUILDING NO:   094
CONSTRUCTION:   FRAME
OCCUPANCY:       ONE FAMILY OWNER OCCUPIED DWELLING
LOCATION:        1113 12TH AVE
COUNTY:          JACKSON
CITY/STATE:      GRACEVILLE, FL



COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                  FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                  FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO: 009         BUILDING NO: 095
CONSTRUCTION: FRAME
OCCUPANCY: STORAGE SHED AND GARAGE
LOCATION: 1113 12TH AVE
COUNTY: JACKSON
CITY/STATE: GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                  FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
                                  FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO: 010 BUILDING NO: 096
CONSTRUCTION: JOISTED MASONRY
OCCUPANCY: HOTEL BUILDING 100
LOCATION: 2650 LAKESHORE DR
COUNTY: JACKSON
CITY/STATE: MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $1,031,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $155,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO: 010 BUILDING NO: 097
CONSTRUCTION: JOISTED MASONRY
OCCUPANCY: POOL SHOWER ROOM/CHLORINATION STATION
LOCATION: 2650 LAKESHORE DR
COUNTY: JACKSON
CITY/STATE: MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $219,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS: SPECIAL LIMITED GLASS
FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
AGREED VALUE



OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:       010          BUILDING NO:   098
CONSTRUCTION:    FRAME
OCCUPANCY:         POOL OPEN AIR PAVILION
LOCATION:            2650 LAKESHORE DR
COUNTY:               JACKSON
CITY/STATE:          MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $13,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                 AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:       010          BUILDING NO:   099
CONSTRUCTION:    NON-COMBUSTIBLE
OCCUPANCY:         MAINTENANCE BUILDING
LOCATION:            2650 LAKESHORE DR
COUNTY:               JACKSON
CITY/STATE:          MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $178,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                 AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $28,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      010        BUILDING NO:   100
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      RV HOUSE
LOCATION:       2650 LAKESHORE DR
COUNTY:         JACKSON
CITY/STATE:     MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $140,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $22,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010         BUILDING NO:   101
CONSTRUCTION:     JOISTED MASONRY
OCCUPANCY:        DORM A
LOCATION:         2650 LAKESHORE DR
COUNTY:           JACKSON
CITY/STATE:       MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $272,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  $42,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010         BUILDING NO:   102
CONSTRUCTION:     JOISTED MASONRY
OCCUPANCY:        CHAPEL/CLASSROOM
LOCATION:         2650 LAKESHORE DR
COUNTY:           JACKSON
CITY/STATE:       MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $830,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $125,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      010        BUILDING NO:   103
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      CAFETERIA
LOCATION:       2650 LAKESHORE DR
COUNTY:         JACKSON
CITY/STATE:     MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $641,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $97,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                          FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010      BUILDING NO:  104
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:       STAFF HOUSING
LOCATION:        2650 LAKESHORE DR
COUNTY:          JACKSON
CITY/STATE:      MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $233,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $36,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010      BUILDING NO:  105
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:       HOTEL 200
LOCATION:        2650 LAKESHORE DR
COUNTY:          JACKSON
CITY/STATE:      MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $1,031,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $155,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:      010        BUILDING NO:   106
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      HOTEL 300
LOCATION:       2650 LAKESHORE DR
COUNTY:         JACKSON
CITY/STATE:     MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $1,031,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $155,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                         FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010      BUILDING NO:  107
CONSTRUCTION:  JOISTED MASONRY
OCCUPANCY:      DORM B
LOCATION:      2650 LAKESHORE DR
COUNTY:          JACKSON
CITY/STATE:      MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $272,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE:  $42,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PREMISES NO:      010      BUILDING NO:  108
CONSTRUCTION:  JOISTED MASONRY
OCCUPANCY:      DORM C
LOCATION:      2650 LAKESHORE DR
COUNTY:          JACKSON
CITY/STATE:      MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $269,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                    AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $41,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:       010         BUILDING NO:   109
CONSTRUCTION:      FRAME
OCCUPANCY:         LODGE
LOCATION:          2650 LAKESHORE DR
COUNTY:            JACKSON
CITY/STATE:        MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $872,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: $131,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                     AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      010      BUILDING NO:  110
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:       CHAPEL/FH/ED
LOCATION:          2650 LAKESHORE DR
COUNTY:            JACKSON
CITY/STATE:       MARIANNA, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $2,557,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                    FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                AGREED VALUE

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $384,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                    FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:      010      BUILDING NO:  111
CONSTRUCTION:   FRAME
OCCUPANCY:       CARETAKER MOBILE HOME
LOCATION:          2650 LAKESHORE DR
COUNTY:            JACKSON
CITY/STATE:       MARIANNA, FL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $46,000
COINSURANCE PERCENT:  90%
COVERED CAUSE OF LOSS:   SPECIAL LIMITED GLASS
                                    FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                                AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    010       BUILDING NO:  112
OCCUPANCY:    SWIMMING POOL
LOCATION:    2650 LAKESHORE DR
COUNTY:    JACKSON
CITY/STATE:    MARIANNA, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $178,000
COINSURANCE PERCENT: 90%
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                      AGREED VALUE

OTHER AMENDMENTS OR ENDORSEMENTS:

GLASS LIMITATION SPECIAL CAUSES OF LOSS ENDORSEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PREMISES NO:    011       BUILDING NO:  113
CONSTRUCTION:    FRAME
OCCUPANCY:    BUILDERS RISK (CLASSROOM AND OFFICES)
LOCATION:    1157 SANDERS AVE
COUNTY:    JACKSON
CITY/STATE:    GRACEVILLE, FL

COVERAGE: BUILDING
LIMIT OF INSURANCE:  $940,000
COVERED CAUSE OF LOSS:  SPECIAL LIMITED GLASS
                        FL SINKHOLE INCLUDED
VALUATION: ACTUAL CASH VALUE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ADDITIONAL COVERAGES OR ENDORSEMENTS

DEDUCTIBLE - TWO OR MORE COVERAGE FORM ENDORSEMENTS

COVERAGE EXTENSION:        NEWLY CONSTRUCTED BUILDING
LIMIT OF INSURANCE:          $1,500,000 ANY ONE OCCURRENCE

COVERAGE EXTENSION:        NEWLY ACQUIRED BUILDING AND PERSONAL PROPERTY
LIMIT OF INSURANCE:          $1,500,000 ANY ONE OCCURRENCE



2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 030

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 033

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 042
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 045
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 046

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 050

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 055

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 057

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 061
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 062
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 063

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 066

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 079
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 001 BLDG.: 080
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 005 BLDG.: 090
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 006 BLDG.: 091

2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 096
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 097
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 099
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 100



2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 101
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 102
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 103
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 104
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 105
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 106
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 107
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 108
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 109
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 110
2% WINDSTORM OR HAIL A 186 FL - APPLIES TO PREM.: 010 BLDG.: 112

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 006

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 007

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 008

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 009

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 012

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 016

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 017

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 018

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 019

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 020

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 023

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 024

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 025

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 026

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 027

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 028

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 029

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 031

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 032

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 034

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 035

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 036

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 037

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 038

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 039

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 040

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 041

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 047

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 048

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 051

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 052

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 053

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 054

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 056

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 058

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 059

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 064

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 065

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 073

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 075

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 076

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 077

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 001 BLDG.: 078

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 007 BLDG.: 092

2% HURRICANE DEDUCTIBLE - EACH HURRICANE A 186.1 - APPLIES TO PREM.: 009 BLDG.: 094

**ITEM 3. ENDORSEMENTS:**

ADDITIONAL PROPERTY NOT COVERED ENDORSEMENT

DESCRIPTION:     ANY PROPERTY LOCATED AT 5448 THE HERITAGE DRIVE, GRACEVILLE,

                 JACKSON COUNTY, FL - KNOW AS NO NAME HERITAGE VILLAGE

THE FOLLOWING APPLIES UNDER ITEM 1.  DESCRIPTION OF PREMISES AND
COVERAGES:
PREMISES 001, BUILDING 073, BULLOCK HOUSE (ONE FAMILY NON OWNER
OCCUPIED DWELLING)

COINSURANCE CONTRACT APPLIES TO PREMISES 001, BUILDING 063
AND BUILDINGS 082-086; PREMISES 005, BUILDING 090; PREMISES 009,
BUILDINGS 094 AND 095 AND PREMISES 011, BUILDING 113.

FORM A 101(04-06) BUILDING AND PERSONAL PROPERTY COVERAGE FORM



FOR RELIGIOUS INSTITUTIONS AND RELATED PROPERTIES DOES NOT APPLY
TO PREMISES 011, BUILDING 113, BUILDERS RISK(CLASSROOM AND OFFICES).

**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

NONE

# GENERAL LIABILITY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** 0075558-02-040182

**ITEM 1. LIMITS OF INSURANCE:**

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 3,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $ 1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $ 1,000,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON (OTHER THAN SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 10,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $ 300,000 |

SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS

| | |
|---|---|
| EACH CLAIM LIMIT | $ 500,000 |
| AGGREGATE LIMIT | $ 1,000,000 |

SEXUAL MISCONDUCT OR SEXUAL MOLESTATION MEDICAL EXPENSE LIMIT

| | |
|---|---|
| ANY ONE PERSON | $ 10,000 |
| AGGREGATE LIMIT | $ 50,000 |

LEGAL DEFENSE COVERAGE LIMIT

| | |
|---|---|
| EACH DEFENSIBLE INCIDENT LIMIT | $ 5,000 |
| AGGREGATE LIMIT | $ 15,000 |

CATASTROPHIC VIOLENCE RESPONSE

| | |
|---|---|
| PER PERSON LIMIT | $ 50,000 |
| EACH VIOLENT INCIDENT LIMIT | $ 300,000 |
| VIOLENT INCIDENT AGGREGATE LIMIT | $ 300,000 |

**ITEM 2. DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:**
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.
INCLUDING:



| | | |
|---|---|---|
| PREMISES NO: | 001 | BUILDING NO: 014 |
| OCCUPANCY: | VACANT LAND | |
| LOCATION: | 1157 SANDERS AVE | |
| COUNTY: | JACKSON | |
| CITY/STATE: | GRACEVILLE, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 001 | BUILDING NO: 021 |
| OCCUPANCY: | VACANT LAND | |
| LOCATION: | 1157 SANDERS AVE | |
| COUNTY: | JACKSON | |
| CITY/STATE: | GRACEVILLE, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 001 | BUILDING NO: 022 |
| OCCUPANCY: | VACANT LAND | |
| LOCATION: | 1157 SANDERS AVE | |
| COUNTY: | JACKSON | |
| CITY/STATE: | GRACEVILLE, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 002 | BUILDING NO: 087 |
| OCCUPANCY: | FIRST BAPTIST CHURCH OF ORLANDO | |
| LOCATION: | 3000 S JOHN YOUNG PKWY | |
| COUNTY: | ORANGE | |
| CITY/STATE: | ORLANDO, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 003 | BUILDING NO: 088 |
| OCCUPANCY: | FAMILY OF GOD BAPTIST CHURCH | |
| LOCATION: | 901 E HIGHWAY 98 | |
| COUNTY: | BAY | |
| CITY/STATE: | PANAMA CITY, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 004 | BUILDING NO: 089 |
| OCCUPANCY: | FIRST BAPTIST CHURCH OF CENTRAL FLORIDA | |
| LOCATION: | 700 GOOD HOMES RD | |
| COUNTY: | ORANGE | |
| CITY/STATE: | ORLANDO, FL | |

| | | |
|---|---|---|
| PREMISES NO: | 008 | BUILDING NO: 093 |
| CONSTRUCTION: | FRAME | |
| OCCUPANCY: | CLASSES - FRUIT COVE BAPTIST CHURCH | |
| LOCATION: | 501 STATE ROAD 13 | |
| COUNTY: | DUVAL | |
| CITY/STATE: | JACKSONVILLE, FL | |

**ITEM 3. EXCLUSION ENDORSEMENTS:**

EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES.
SCHEDULE OF DESIGNATED PREMISES:

> ANY PROPERTY LOCATED AT 5448 THE HERITAGE DRIVE, GRACEVILLE,
> JACKSON COUNTY, FL - KNOWN AS NO NAME HERITAGE VILLAGE

> THE MISSIONS AVIATION PROGRAM AND THE TRI-COUNTY AIRPORT
> LOCATED AT 1983 TRI COUNTY AIRPORT RD, BONIFAY
> HOLMES COUNTY, FL

81X50 METAL BARN AND 150X50 METAL BARN AND ANY ADDITIONAL
BUILDINGS LOCATED AT 5556 BROWN STREET, GRACEVILLE,
JACKSON COUNTY, FL

EXCLUSION - MEDICAL EXPENSE - SCHEDULE OF EXCLUDED LOCATIONS:

THE MISSIONS AVITAION PROGRAM AND THE TRI-COUNTY AIRPORT
LOCATED AT 1983 TRI COUNTY AIRPORT ROAD, BONIFAY, HOLMES
COUNTY, FL

81X50 METAL BARN AND 150X50 METAL BARN AND ANY ADDITIONAL
BUILDINGS LOCATED AT 5556 BROWN STREET, GRACEVILLE,
JACKSON COUNTY, FL

EXCLUSION - MEDICAL EXPENSE - SPECIFIC ACTIVITY OR EVENT:

ANY PROPERTY LOCATED AT 5448 THE HERITAGE DRIVE, GRACEVILLE
JACKSON COUNTY, FL - KNOWN AS NO NAME HERITAGE VILLAGE

ART DESIGN CENTER
WIREGRASS CLINIC LLC

EXCLUSION - EXPLOSION, COLLAPSE, AND UNDERGROUND PROPERTY DAMAGE HAZARD.
SCHEDULE OF EXCLUDED HAZARDS:
CONSTRUCTION PROJECT

EXCLUSION - EXCLUDED OPERATION(S). DESCRIPTION OF OPERATIONS:

BROADCASTING OF RADIO STATION WFBU

EXCLUSION - BROADCASTING, TELECASTING, PUBLISHING.
DESCRIPTION OF EXCLUDED OPERATION(S):

BROADCASTING OF RADIO STATION WFBU

**OTHER ENDORSEMENTS:**


COLLEGES OR SCHOOLS ENDORSEMENT.
COVERAGE FOR CORPORAL PUNISHMENT DOES NOT APPLY.
MEDICAL EXPENSE INSURANCE OPTION THAT APPLIES: TWO (EXCESS)

CAMPS ENDORSEMENT.
MEDICAL EXPENSE INSURANCE OPTION THAT APPLIES: TWO (EXCESS)

PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED. SCHEDULE OF
PREMISES OR OPERATIONS:

KINGS CUP



ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES ENDORSEMENT.
SCHEDULE OF ADDITIONAL PERSONS OR ORGANIZATIONS INSURED:

FRUIT COVE BAPTIST CHURCH OF JACKSONVILLE
FLORIDA INC
501 STATE ROAD 13
JACKSONVILLE, FL  32259-2832
CLASSES
PREMISES/BUILDINGS INCLUDED:   008     093

# CRIME COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0075558-02-040182

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | | |
|---|---|---|---|
| PREMISES NO: | 001 | BUILDING NO: | 001 |
| CONSTRUCTION: | NON-COMBUSTIBLE | | |
| OCCUPANCY: | GRACEVILLE HALL | | |
| LOCATION: | 5434 COLLEGE DR | | |
| COUNTY: | JACKSON | | |
| CITY/STATE: | GRACEVILLE, FL | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COVERAGE FORM: THEFT DISAPPEARANCE AND DESTRUCTION

LIMIT OF INSURANCE: $10,000          DEDUCTIBLE: $100

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COVERAGE FORM: BLANKET BOND

LIMIT OF INSURANCE: $200,000          DEDUCTIBLE: FULL COVERAGE

**ITEM 2. ENDORSEMENTS:**

NONE

