IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA,
PANAMA CITY DIVISION

THE BAPTIST COLLEGE OF
FLORIDA, INC.
      Plaintiff,

v.                                             CASE NO. 5:22-cv-00158

CHURCH MUTUAL INSURANCE
COMPANY, S.I.

      Defendant.
_____/

## CHURCH MUTUAL INSURANCE COMPANY S.I.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Church Mutual Insurance Company, S.I. ("Church Mutual"), hereby files its Corporate Disclosure Statement as required by Federal Rule of Civil Procedure 7.1 and states that it is a stock insurer whose policy holders are members of its parent mutual holding company Church Mutual Holding Company, Inc.

Respectfully Submitted on the 18th day of August, 2022.

_____
George W. Hatch, III • FBN 0072028
george@guildaylaw.com
Alexander S. Whitlock • FBN 118001

1

        alex@guildaylaw.com
        Guilday Law, P.A.
        1983 Centre Pointe Blvd., Suite 200
        Tallahassee, FL 32308
        Secondary: sofia@guildaylaw.com
                  dana@guildaylaw.com
        (850) 224-7091 (Telephone)
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 18th day of August, 2022, CM/ECF to:

J. Nixon Daniel, III
Terrie L. Didier
Beggs & Lane, RLLP
501 Commendencia Street
P.O. Box 12950
Pensacola, FL 32591-2950
jnd@beggslane.com
tld@beggslane.com

                                      _____
                                      Attorney