IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE BAPTIST COLLEGE OF
FLORIDA, INC.,

        Plaintiff,

v.                                                                    CASE NO.: 5:22-cv-00158-MW-MJF

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

        Defendant.

_____/

### THE BAPTIST COLLEGE OF FLORIDA, INC.'S SUPPLEMENTAL RULE 26(a)(1)(A) DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), The Baptist College of Florida, Inc. supplements its September 26, 2022 disclosures as follows:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless that use would be solely for impeachment:**

    **Dr. Thomas A. Kinchen**
    *c/o* Beggs & Lane, RLLP
    501 Commencencia Street
    Pensacola, FL 32502
    (850) 432-2451

    With respect to the breach of contract claim, Dr. Kinchen has knowledge as to *(i)* what policy was in effect on the date of the loss, *(ii)* notification to Church Mutual of the loss, *(iii)* the nature of the buildings prior to Hurricane

Michael, *(ii)* the nature of the buildings after Hurricane Michael, *(iii)* the payments received from Church Mutual *(iv)* the experts hired by Baptist College, *(iv)* and meetings with Church Mutual agents.

**John Minor**
Complete General Contractors, Inc.
330 W. Government Street
Pensacola, FL 32502
(850) 932-8720

Mr. Minor has knowledge about *(i)* how the appraisal was conducted and what is included in the Appraisal Award, *(ii)* the damages caused by Hurricane Michael or other causes, *(iii)* the cost to repair the damages at the time of the loss, *(iii)* the current cost to repair the damages.

**Michael Ruskin**
Disaster Pro Consulting, Inc.
8357 Quail Meadow Way
West Palm Beach, FL 33412
(561) 888-3897

With respect to the breach of contract claim, Mr. Ruskin has knowledge about *(i)* how the appraisal was conducted and what is included in the Appraisal Award, *(ii)* the damages caused by Hurricane Michael or other causes, *(iii)* the cost to repair the damages at the time of the loss, *(iii)* the current cost to repair the damages.

2. **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Baptist College has possession of *(i)* communications between itself and Church Mutual and *(ii)* damage estimates prepared by its experts.

Appraisers, John Minor and Timothy J. Lozos, and Umpire Michael Ruskin have possession of their documents gathered or created during the appraisal process.

The Church Mutual insurance policy no.: 0075558-02-040182

Bates no.: BC001932-2307

Complete General Contractors, Inc. cost of repair/remodel/restoration Bates no.: Minor000001-2267

Disaster Pro Consulting, Inc. appraisal documents Bates no.: BC000011-1896.

Appraisal award dated April 15, 2022 Bates no.: BC002308-2312

Appraisal award dated May 24, 2022 Bates no.: BC001897

J. Nixon Daniel's May 18, 2021 letter to Church Mutual Bates no.: BC002313-2314

Terrie Didier's June 1, 2021 letter to Church Mutual Bates no.: BC001898-1900

Church Mutual's June 20, 2021 letter to Terrie Didier Bates no.: BC001901-1902

3. **A computation of each category of damages claimed by the disclosing party, making available for inspection or copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

As to Baptist College's breach of contract claim, Baptist College estimates its damages to be $6,827414.70, plus interest, attorneys' fees, and costs. The breach of contract damages include:

- Replacement Cost Value of the damage at the time of the loss ($10,992,039.42), minus depreciation ($577,408.58), as determined by the Appraisal Award, minus the deductible ($500,000.00[1]), and minus prior payments ($3,087,216.14).
- Interest on the unpaid balance.

---

[1] The deductible figure is an estimate. Baptist College is not in possession of all information necessary to determine deductibles for each building.

- Attorneys' fees and costs.

These damages assume the property has not been repaired. If the property is repaired, the damages will include the depreciation ($577,408.58) and code upgrades ($337,221.18) for the Graceville property only.

4. **Any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

None. The defendant is the insurance company responsible for payment.

\* \* \*

<u>/s/ Terrie L. Didier</u>
**J. NIXON DANIEL, III**
Florida Bar No.: 228761
Email: jnd@beggslane.com
**TERRIE L. DIDIER**
Florida Bar No.: 0989975
Email: tld@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street (32502)
P.O. Box 12950
Pensacola, FL  32591-2950
Telephone: (850) 432-2451
Facsimile: (850) 469-3331

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *The Baptist College of Florida, Inc.'s Supplemental Rule 26(a)(1)(A) Disclosure* has been filed with the Clerk via CM/ECF on this 30th day of November, 2002 and was furnished to counsel of record via e-mail on this 28th day of November, 2022:

George W. Hatch, III, Esq.
george@guildaylaw.com
Alexander S. Whitlock, Esq.
alex@guildaylaw.com
Guilday Law, P.A.
1983 Centre Pointe Blvd., Suite 200
Tallahassee, FL  32308
Secondary:   sofia@guildaylaw.com
                       dana@guildaylaw.com

*Attorneys for Defendant*

        */s/ Terrie L. Didier*
        **TERRIE L. DIDIER**
        Florida Bar No.: 0989975
        **BEGGS & LANE, RLLP**