# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**THE BAPTIST COLLEGE OF**
**FLORIDA, INC.,**

       Plaintiff,

v.                                         CASE NO.:  5:22-cv-00158-MW-MJF

**CHURCH MUTUAL INSURANCE**
**COMPANY, S.I.,**

       Defendant.

_____/

## THE BAPTIST COLLEGE OF FLORIDA, INC.'S
## INITIAL RULE 26(a)(1)(A) DISCLOSURE – BAD FAITH

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) and this Court's Revised Scheduling and Mediation Order, **ECF 73**, The Baptist College of Florida, Inc. discloses the following:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless that use would be solely for impeachment:**

   **Dr. Thomas A. Kinchen**
   *c/o* Beggs & Lane, RLLP
   501 Commendencia Street
   Pensacola, FL 32502
   (850) 432-2451

With respect to the bad faith claims, Dr. Kinchen has knowledge as to *(i)* what policy was in effect on the date of the loss, *(ii)* notification to Church Mutual of the loss, *(*iii) the nature of the buildings prior to Hurricane Michael, *(ii)* the nature of the buildings after Hurricane Michael, *(iii)* the payments received from Church Mutual *(iv)* the experts hired by Baptist College, *(iv)* inspections by and meetings with Church Mutual agents, and *(v)* Church Mutual's failure to timely pay the claim.

**Dr. Clayton Cloer**
*c/o* Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-245

With respect to the bad faith claims, Dr. Cloer has knowledge as to the nature of the buildings after Hurricane Michael and the decrease in enrollment at the College from the inability to make repairs due to Church Mutual's failure to timely provide policy benefits. Dr. Cloer has knowledge regarding Church Mutual's failure to fully pay the appraisal award.

**John Minor**
Complete General Contractors, Inc.
330 W. Government Street
Pensacola, FL 32502
(850) 932-8720

Mr. Minor has knowledge about *(i)* how the appraisal was conducted and what is both included in excluded from the Appraisal Award, *(ii)* the damages caused by Hurricane Michael or other causes, *(iii)* the cost to repair the damages at the time of the loss, *(iii)* the current cost to repair the damages.

**Michael Ruskin**
Disaster Pro Consulting, Inc.
8357 Quail Meadow Way
West Palm Beach, FL 33412
(561) 888-3897

Mr. Ruskin has knowledge about *(i)* how the appraisal was conducted and what is both included in and excluded from the Appraisal Award, *(ii)* the

2

damages caused by Hurricane Michael or other causes, *(iii)* the cost to repair the damages at the time of the loss, *(iii)* the current cost to repair the damages.

**Witnesses named by Church Mutual, including Gregory G. Schober, Derek Boggi, Timothy J. Lozos, Kevin Miller, and Shawn Graybill**

Their knowledge includes the knowledge as represented by Church Mutual in its December 20,2022, Second Supplemental Rule 26(a)(1) Initial Disclosures, **ECF 52**.

2. **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

   Baptist College has possession of *(i)* written communications between itself and Church Mutual, *(ii)* damage estimates prepared by its experts, and *(iii)* Civil Remedy Notices and Responses obtained from the Florida Department of Financial Services. All documents are also in Church Mutual's possession.

   Appraisers, John Minor and Timothy J. Lozos, and Umpire Michael Ruskin have possession of their documents gathered or created during the appraisal process. Copies of these documents were previously provided to Church Mutual pursuant to its notice of production and subpoenas from non-parties.

3. **A computation of each category of damages claimed by the disclosing party, making available for inspection or copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

   As to Baptist College's breach of contract claim, Baptist College estimates its damages to be $3,916,193.48 (not including loss from enrollment that is still being calculated), plus interest, attorneys' fees, and costs. The bad faith damages include:

   - Difference in Actual Cash Value between date of loss and date of payment, estimated at $2,927,990.44 as of April 15, 2022, for Graceville campus only.

- Cost of Appraisal estimated at $988,203.04.
- Loss in enrollment estimate at $[still being calculated; will update].
- Interest on the unpaid balance.
- Attorneys' fees and costs.

These damages assume the Graceville property has not been repaired. If the property is repaired, the damages will include the depreciation ($577,408.58) and code upgrades ($337,221.18) for the Graceville property only.

4. **Any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

None. The defendant is the insurance company responsible for payment.

* * *

*/s/ Terrie L. Didier*
**J. NIXON DANIEL, III**
Florida Bar No.: 228761
Email: jnd@beggslane.com
**TERRIE L. DIDIER**
Florida Bar No.: 0989975
Email: tld@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street (32502)
P.O. Box 12950
Pensacola, FL 32591-2950
Telephone: (850) 432-2451
Facsimile: (850) 469-3331

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *The Baptist College of Florida, Inc.'s Initial Rule 26(a)(1)(A) Disclosure—Bad Faith* has been filed with the Clerk via CM/ECF and furnished to counsel of record via e-mail on this 5th day of May, 2023:

George W. Hatch, III, Esq.
george@guildaylaw.com
Alexander S. Whitlock, Esq.
alex@guildaylaw.com
Guilday Law, P.A.
1983 Centre Pointe Blvd., Suite 200
Tallahassee, FL  32308
Secondary:   sofia@guildaylaw.com
                       dana@guildaylaw.com

*Attorneys for Defendant*

                                                    */s/ Terrie L. Didier*
                                                    **TERRIE L. DIDIER**
                                                    Florida Bar No.: 0989975
                                                    **BEGGS & LANE, RLLP**