IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE BAPTIST COLLEGE OF
FLORIDA, INC.

      Plaintiff,

v.                                       CASE NO.: 5:22-cv-00158-MW-MJF

CHURCH MUTUAL INSURANCE
COMPANY, S.I.

      Defendant.
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Church Mutual Insurance Company, S.I., hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order Denying Motion to Modify, Correct, or Vacate Appraisal Award, ECF No. 68, entered on February 14, 2023, the Order on Cross-Motions for Summary Judgment, ECF No. 69, entered on March 7, 2023, the Order Granting Plaintiff's Motion for Summary Judgment with Respect to Plaintiff's Entitlement to Attorney's Fees, ECF No. 92, entered on June 23, 2023, the Order Determining Amount of Attorney's Fees to be Awarded and Entering Final Judgment, ECF No. 114, entered on March 19, 2024, the Judgment, ECF No. 115,

entered on March 19, 2024, and the Amended Partial Final Judgment entered on March 29, 2024, ECF No. 120, and all other prior orders which have merged into the Amended Partial Final Judgment.

Dated: April 11, 2024.

    Respectfully submitted,

/s/ *Alexander S. Whitlock*
George W. Hatch, III • FBN 0072028
george@guildaylaw.com
Alexander S. Whitlock • FBN 118001
alex@guildaylaw.com
Guilday Law, P.A.
1983 Centre Pointe Blvd., Suite 200
Tallahassee, FL 32308
Secondary: sofia@guildaylaw.com
          tessa@guildaylaw.com
          dana@guildaylaw.com
(850) 224-7091 (Telephone)
(850) 222-2593 (Facsimile)
***Attorneys for Defendant***